STATE EX REL. PETERSON *v.* ALLEN CIRCUIT COURT, SCHANNEN, JUDGE.

[No. 0-561. Filed October 26, 1959.]

*Wayne Peterson, pro se.*

PER CURIAM—The petitioner asks a writ of mandate against the respondent court and judge.

The petition does not comply with Rule 2-35 of this court which requires certified copies of the proceedings upon which

petition is based, to be filed with the petition in order that this court have proper proof of the allegations made in the petition.

For the reasons stated, the petition is denied.

NOTE.—Reported in 161 N. E. 2d 772.